No. 81–5388. BREEDING ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–5394. BASSLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–5414. MARTIN ET AL. v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 81–5420. BROWN v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 81–5426. MENDOZA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–5429. FLINT ET AL. v. HAYNES ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–5446. JONES ET AL. v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 81–5485. FLOOD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–5488. MARTIN v. WARDEN, HUNTINGDON STATE CORRECTIONAL INSTITUTION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–5489. MULLINS v. DAVIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–5528. BRUNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–5531. HILL v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 81–5551. TAYLOR v. TAYLOR. Super. Ct. Pa. Certiorari denied.